UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JAMES WOOLF,**

    **Petitioner,**

v.                                  Case No. 5:23-cv-612-WFJ-PRL

**WARDEN, FCC COLEMAN-MEDIUM,**

    **Respondent.**
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review. The Court issued an Order to Show Cause (Doc. 12) requiring Petitioner to respond on or before January 27, 2025. Petitioner failed to respond.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.
2. The **Clerk of Court** shall enter judgment and close this case.

DONE and ORDERED in Tampa, Florida on February 3, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel of Record
Unrepresented Party